IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRY and JUDITH SMITH, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSEHOLD INTERNATIONAL, INC., HOUSEHOLD FINANCE CORP., A Delaware Corporation,<br><br>Defendants. | Case No. CV-05-0312-FVS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**AGREED ORDER**

Based upon the stipulation filed in the above captioned matter, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims by and between the parties herein are hereby dismissed with prejudice, without an award of fees or costs to any party. The clerk is directed to close this file.

DATED this 30th day of December, 2005.

s/ Fred Van Sickle<br>
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL -- 1

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354